6 So.2d 907

**Birdie Mae SMALLWOOD, alias Harris, v. STATE.**

**8 Div. 208.**

Court of Appeals of Alabama.

Feb. 3, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

8 So.2d 907

**B. W. SMITH v. Tracy FORD.**

**7 Div. 655.**

Court of Appeals of Alabama.

May 28, 1942.

Motley & Motley, of Birmingham, for appellant.

McCord & Miller, of Gadsden, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

3 So.2d 926

**Cooper SMITH v. STATE.**

**7 Div. 597.**

Court of Appeals of Alabama.

June 30, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

3 So.2d 926

**Jack SMITH v. STATE.**

**7 Div. 598.**

Court of Appeals of Alabama.

June 10, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

6 So.2d 907

**Jim SMITH v. STATE.**

**8 Div. 863.**

Court of Appeals of Alabama.

Feb. 3, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

1 So.2d 927

**Paul SMITH v. STATE.**

**8 Div. 109.**

Court of Appeals of Alabama.

March 18, 1941.

Rehearing Stricken April 8, 1941.

H. H. Hamilton, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.